[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10200
Non-Argument Calendar
_____

D.C. Docket No. 2:10-cv-00260-WCO

BOBBIE N. HILL,
LARRY GAGE,

Plaintiffs-Appellees,

versus

WILLIAM RANDY CLARK,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(October 9, 2013)

Before HULL, JORDAN, and HILL, Circuit Judges.

PER CURIAM:

William Randal Clark appeals the denial of his motion for attorneys' fees, which he filed a year and a day after the plaintiffs herein filed their notice of voluntary dismissal of this action.  In a 34-page opinion in which he recounted the facts of this case with which he was personally and thoroughly familiar, Judge O'Kelley denied the motion as untimely.  In his opinion, Judge O'Kelley considered and rejected every possible legal theory under which Clark might be entitled to recover such fees.  We can find nothing to add to this careful examination of Clark's motion.  Accordingly, the decision of the district court denying Clark's motion for attorneys' fees is hereby

AFFIRMED.